IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 09-cv-02302-LTB-BNB

THOMAS G. KRUSE,

      Plaintiff,

v.

US BANK N.A. AS TRUSTEE; AND
MARGARET T. CHAPMAN, AS PUBLIC TRUSTEE OF JEFFERSON COUNTY, CO,

      Defendants.
_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal of All Claims Against Defendant Margaret T. Chapman (Doc 20 - filed February 18, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Margaret T. Chapman only,** each party to pay their own fees and costs.

      BY THE COURT:

      s/Lewis T. Babcock
      LEWIS T. BABCOCK, JUDGE

DATED: February 19, 2010