IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02302-LTB-BNB

THOMAS G. KRUSE,

Plaintiff,

v.

U.S. BANK, N.A., as Trustee, and
MARGARET A. CHAPMAN, as Public Trustee of Jefferson County, Colorado,

Defendants.
_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference. Competing scheduling orders were presented and refused.

IT IS ORDERED that a supplemental scheduling conference is set for **May 5, 2010, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the parties shall prepare a joint revised proposed scheduling order and submit it to the court on or before **April 28, 2010**.

Counsel for U.S. Bank requested that all communications between counsel be in writing. I find intolerable the notion that counsel appearing in this court cannot cooperate and are unwilling to communicate orally. Counsel must find a way to work together and communicate with one another or replacement counsel should enter its appearance.

Dated April 19, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge