**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-02302-LTB-BNB

THOMAS G. KRUSE,

    Plaintiff,

v.

US BANK, N.A., as Trustee; and
MARGARET A. CHAPMAN, as Public Trustee of Jefferson County, Colorado,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendants' Unopposed Motion to Amend Title of Docket #66 (Doc 69 - filed February 7, 2011) is **GRANTED**.  Docket #66 is amended to be titled "Reply in Support of Motion for Summary Judgment."

Dated:  February 9, 2011
_____