IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02302-LTB-BNB

THOMAS G. KRUSE,

Plaintiff,

v.

U.S. BANK, N.A., as Trustee, and
MARGARET A. CHAPMAN, as Public Trustee of Jefferson County, Colorado,

Defendants.
_____

**ORDER**
_____

The parties appeared this afternoon for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED:

(1) The proposed final pretrial order is REFUSED;

(2) Each page of every exhibit must be Bates numbered, and the Bates numbers of the beginning and ending pages of each exhibit shall be reported on the exhibit list;

(3) Copies of listed exhibits must be provided to opposing counsel no later than March 28, 2011, and the objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed and served no later than April 11, 2011;

(4) The parties shall prepare a revised proposed final pretrial order, modified as discussed this afternoon, and submit it to the court no later than April 15, 2011; and

(5)     A supplemental final pretrial conference is set for **April 21, 2011, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated March 21, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge