IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  09-cv-02302-LTB-BNB

THOMAS G. KRUSE,

Plaintiff,

v.

U.S. BANK, N.A., as Trustee, and
MARGARET A. CHAPMAN, as Public Trustee of Jefferson County, Colorado,

Defendants.

_____

## ORDER

_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **June 13, 2011**, the parties shall file a stipulation or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated June 9, 2011.

BY THE COURT:

 s/ Boyd N. Boland                               
United States Magistrate Judge