IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 09-cv-02302-LTB-BNB

THOMAS G. KRUSE,

       Plaintiff,

v.

US BANK N.A., AS TRUSTEE,

       Defendant.
_____

# ORDER
_____

The above case came on for hearing before the Court the 17th day of June, 2011. Plaintiff appeared by Plaintiff's counsel, John Nelson, Defendant U.S. Bank N.A., as trustee, appeared by its counsel, Catherine Hildreth.

The Court was advised by Minute Order entered by Magistrate Judge Boland on June 9, 2011, that the case has been resolved and the parties were to file a stipulation or motion to dismiss with prejudice pursuant to Fed. R. Civ. P. 41(a) on or before June 13, 2011. Plaintiff moved for further extension of time for the parties to submit their stipulation to dismiss the case on June 14, 2011 (Doc 98). By Minute Order, I granted that motion for extension of time for dismissal papers to be filed prior to the June 17, 2011 final pretrial conference date. That final pretrial conference was thereby vacated.

The parties confirmed at the hearing that the core terms of their settlement agreement were entered of record on June 9, 2011. It was also confirmed that counsel for Plaintiff executed the written settlement agreement. Counsel for Defendant confirmed the meeting of the minds between

Plaintiff and U.S. Bank, N.A., and that she had authority from her law firm as counsel for the Bank to execute the written settlement agreement. That was accomplished during the course of the hearing. Upon this basis, counsel for the Plaintiff agreed that an Order of Dismissal may now enter. Accordingly

    IT IS ORDERED that the above case is DISMISSED WITH PREJUDICE.

                      BY THE COURT:

                        s/Lewis T. Babcock
                      LEWIS T. BABCOCK, JUDGE

DATED: June 17, 2011