IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  09-cv-02302-LTB-BNB

THOMAS G. KRUSE,

              Plaintiff,

v.

US BANK N.A., AS TRUSTEE,

              Defendant.

_____

# ORDER

_____

      This will confirm that upon the Stipulation to Dismiss Case (Doc 96 - filed June 13, 2011), it is

      ORDERED that Defendant Margaret A. Chapman, as Public Trustee of Jefferson County, Colorado, is DISMISSED WITH PREJUDICE as a party to this matter.

                               BY THE COURT:


                                s/Lewis T. Babcock_____
                              LEWIS T. BABCOCK, JUDGE

DATED:  June 17, 2011